IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Youkhana, Nissan I

Printed: 5/13/08

Case Number: 08 B 00080
Judge: Hollis, Pamela S

Filed: 1/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gregory J Martucci Esq | Administrative | 2,000.00 | 0.00 |
| 2. | MKM Acquisitions LLC | Unsecured | 341.75 | 0.00 |
| 3. | Morgan Lee Receivables Inc | Unsecured | 6,853.90 | 0.00 |
| 4. | HFC | Unsecured | 18,152.53 | 0.00 |
| 5. | Capital One | Unsecured | 843.55 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 632.27 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 292.78 | 0.00 |
| 8. | American Express Centurion | Unsecured | 1,009.03 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 6,152.86 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 273.16 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,792.55 | 0.00 |
| 12. | Toyota Motor Credit Corporatio | Secured |  | No Claim Filed |
| 13. | General Motors Mortgage Corporation | Secured |  | No Claim Filed |
| 14. | General Motors Mortgage Corporation | Secured |  | No Claim Filed |
| 15. | Toyota Motor Credit Corporatio | Unsecured |  | No Claim Filed |
| 16. | Chase | Unsecured |  | No Claim Filed |
| 17. | Carson Pirie Scott | Unsecured |  | No Claim Filed |
| 18. | ER Solutions | Unsecured |  | No Claim Filed |
| 19. | GEMB | Unsecured |  | No Claim Filed |
| 20. | US Bank | Unsecured |  | No Claim Filed |
| 21. | RAB Auto | Unsecured |  | No Claim Filed |
| 22. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 23. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 38,344.38 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Youkhana, Nissan I

Printed:  5/13/08

Case Number:  08 B 00080
Judge:  Hollis, Pamela S
Filed:  1/3/08

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
                  _____
                  $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

